**Entered on Docket
June 08, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JOSE E COSIO-GALINDO ,<br><br>Debtor(s). | BK-S-10-10096-lbr<br>Chapter 7<br><br>ORDER ON STIPULATION<br>TERMINATING AUTOMATIC STAY |

The parties having agreed to the terms set forth in the Stipulation Terminating Automatic Stay are bound by the terms of their stipulation, which shall be the Order of this Court.

- 1 -

| | | |
|---|---|---|
| APPROVED/DISAPPROVED | APPROVED | |
| | /s/ Joseph B. Atkins | |
| ANTHONY DELUCA | JOSEPH B. ATKINS | |
| DEBTOR(S) ATTORNEY | TRUSTEE | |

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ Approved. - Debtor(s) Trustee

☐ Disapproved. - Debtor(s) Attorney/Trustee

☒ Failed to respond. - Debtor(s) Attorney

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

By: /s/ Matthew M. McArthur
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #11649

- 2 -

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2006-HE2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re<br><br>JOSE E COSIO-GALINDO,<br><br><br><br>Debtor(s). | Bankruptcy Case No. BK-S-10-10096-lbr<br>Chapter 7<br><br>STIPULATION TERMINATING AUTOMATIC STAY |
|---|---|

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2006-HE2 (hereinafter "Movant"); Debtor, Jose E Cosio-Galindo, by and through their respective attorneys of record; and Joseph B. Atkins, Chapter 7 Trustee, in the within matter, hereby agree to the following Stipulated Order Terminating the Automatic Stay in regard to the Real Property commonly described as 5345 Okaloosa Drive, Las Vegas, Nevada 89120 (hereinafter the "Real Property"), which is more fully described in the Deed of Trust.  A true and

- 1 -

correct copy of the Deed of Trust is attached hereto as exhibit A and incorporated herein by reference, and which is the subject of this Stipulation.

**IT IS HEREBY STIPULATED THAT:**

1. The automatic stay of 11 United States Code section 362 is hereby terminated, as it applies to the enforcement by Movant of all of its rights in the Real Property under the Note and Deed of Trust;

2. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

3. This Order shall be binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days from the hearing of this motion;

4. This Order shall be binding and effective as to the Real Property in any pending and/or subsequently filed bankruptcy case(s), no matter who the debtor may be, for a period of 180 days from the date this Order is entered;

5. The 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived;

6. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

7. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

8. Upon foreclosure, in the event Debtor fails to vacate the Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

9. This Order shall remain binding and effective in any conversion of this case to another chapter under the bankruptcy code.

/././
/././
/././

1  /./../
2  /././

|   |   |
|---|---|
| **IT IS SO STIPULATED:** | PITE DUNCAN, LLP |
| Dated: May 17, 2011 | By: /s/ Matthew M. McArthur<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>(702) 413-9692<br>NV Bar #11649<br>Attorney for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2006-HE2 |
| Dated: April 29, 2011 | By /s/ Anthony Deluca<br>ANTHONY DELUCA<br>ATTORNEY FOR DEBTOR(S) |
| Dated: May 17, 2011 | By: /s/ Joseph B. Atkins<br>JOSEPH B. ATKINS<br>CHAPTER 7 TRUSTEE |

- 3 -